UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>SIMON PONCE,<br><br>        Defendant. | Case No. 19-cv-01866-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 14 |

On September 17, 2019, Plaintiff filed a request for entry of default. (Dkt. 12.) On September 25, 2019, the Clerk of Court entered default against Defendant. (Dkt. 14.) Since his request for entry of default, Plaintiff has not filed any documents in this case. The Court therefore issues this ORDER TO SHOW CAUSE why the action should not be dismissed for failure to prosecute. Plaintiff shall respond no later than March 23, 2020.

**IT IS SO ORDERED**.

Dated: March 9, 2020

_____
SALLIE KIM
United States Magistrate Judge