UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Samuel Love,**

    Plaintiff,

    v.

**Simon Ponce,**

    Defendants.

Case No.: 4:19-cv-01866-JST

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AND SETTING DEBTOR'S EXAMINATION OF JUDGMENT DEBTOR SIMON PONCE.**

**AS MODIFIED**

IT IS HEREBY ORDERED that: the Plaintiffs' Application for Debtor Examination of Defendant and Judgment Debtor Simon Ponce is GRANTED.

IT IS FURTHER ORDERED that:

1. Judgment Debtor Simon Ponce shall personally appear on 11/9/2022 at 9:00 a.m. via Zoom (Zoom information can be found on Judge Ryu's web page) before Magistrate Judge Donna M. Ryu then and there to be examined under oath concerning Judgment Debtor's property or other matters material to the proceeding. After Simon Ponce has been placed under oath, Simon Ponce and counsel shall immediately set up a separate Zoom video conference to conduct the Judgment Debtor exam. If there are any issues that arise during the Judgment Debtor Exam, the parties

Order as Modified

can re-enter Judge Ryu's Zoom webinar. If the webinar is no longer in session, counsel shall email the clerk at dmrcrd@cand.uscourts.gov asking the clerk to open the Zoom webinar.

    2.    Judgment Creditors shall serve personally Simon Ponce with a copy of this Order and the Application for Judgment Debtor Examination and shall provide proof of such service to the Court not less than ten (10) days before the Judgment Debtor Examination.

    3.    Should Judgment Debtor fail or refuse to appear at the Judgment Debtor Examination herein scheduled, this Court may adjudicate Judgment Debtor guilty of civil contempt of its orders and may issue a warrant or seizure order to compel compliance with this order.

IT IS ORDERED.

Dated : August 16, 2022

_____

Hon. Donna M. Ryu

US Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Donna M. Ryu

Order as Modified